# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO

| | |
|---|---|
| **Aristors Licensing LLC,**<br><br>  Plaintiff,<br><br>  v.<br><br>**xMatters, Inc.,**<br><br>  Defendant. | Case No. 5:19-cv-07756-NMC<br><br>Patent Case<br><br>Jury Trial Demanded |

## PLAINTIFF ARISTORS'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Aristors Licensing LLC hereby dismisses this action **without prejudice**. Defendant has not yet answered the Complaint or moved for summary judgment.

Dated: January 3, 2020                Respectfully submitted,

/s/ Steven Anton Nielsen
Steven Anton Nielsen
100 Larkspur Landing Circle
Suite 216
Larkspur, CA
415-272-8210
415-461-2726
Steve@NielsenPatents.com

Isaac Rabicoff
(*Pro Hac Vice admission pending*)
**Rabicoff Law LLC**
73 W Monroe St
Chicago, IL 60603
(773) 669-4590
isaac@rabilaw.com

**Counsel for Plaintiff**
**Aristors Licensing LLC**

**CERTIFICATE OF SERVICE**

      The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on January 3, 2020, via the Court's CM/ECF system.

<u>/s/ Steven Anton Nielsen</u>
Steven Anton Nielsen

SO ORDERED this \_\_\_3rd\_ day of \_\_\_\_\_January_____, \_2020\_.

_____
UNITED STATES DISTRICT JUDGE

GRANTED
Judge Nathanael M. Cousins